UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JUSTIN STEPHENSON**                                                        **PLAINTIFF**

v.                                  **CIVIL ACTION NO: 1:16-cv-00203-GHD-DAS**

**KANSAS CITY SOUTHERN RAILWAY COMPANY**            **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, being advised of a settlement agreement between the parties, hereby dismisses this action with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED and ADJUDGED on this, the 21 day of September, 2017.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED:


/s/ C. E. Sorey, II
_____
C. E. Sorey, II
Miss. Bar No. 7692
*Attorney for Plaintiff Justin Stephenson*


/s/ Charles E. Winfield
_____
Charles E. Winfield
Miss. Bar. No. 10588
*Attorney for Defendant*
*Kansas City Southern Railway Company*